HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, #141313
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorney for Petitioner
FREDERICK TANNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK TANNER,<br><br>        Petitioner,<br><br>  v.<br><br>STU SHERMAN, Warden,<br><br>        Respondent. | No. 2:16-cv-0581 GEB KJN<br><br>**MOTION TO SUBSTITUTE COUNSEL; ORDER** |

Petitioner FREDERICK TANNER, hereby moves this Court for an order substituting TONY FARYAR FARMANI, Attorney at Law, P.O. Box 8727, Rancho Santa Fe, CA 92067, telephone number: (310) 926-1150, as counsel for the Petitioner in the above-entitled case.

This Court appointed the Federal Defender to represent Mr. Tanner on July 7, 2017. Docket entry no. 37. The Federal Defender's Office is unable to represent Mr. Tanner at this time. Mr. Farmani has agreed to represent Mr. Tanner.

/ / /

1

Mr. Tanner is aware of the procedural posture of this case and has authorized the undersigned to sign this substitution motion on his behalf.

Dated: July 11, 2017          Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ Ann C. M<sup>c</sup>Clintock
                                      ANN C. M<sup>c</sup>CLINTOCK
                                      Assistant Federal Defender

                                      Attorneys for Petitioner
                                      FREDERICK TANNER

Dated: July 11, 2017         /s/ Tony F. Farmani
                                      TONY FARYAR FARMANI
                                      Attorney at Law

## O R D E R

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that TONY FARYAR FARMANI, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: July 13, 2017

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

/cw/tann0581.sub