# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK TANNER,<br><br>        Petitioner,<br><br>v.<br><br>STU SHERMAN, Warden,<br><br>        Respondent. | Case No. 2:16-cv-0581-GEB- KJN (HC)<br><br>**ORDER**<br><br>Judge: Honorable Kendall J. Newman,<br>United States Magistrate Judge |

    Petitioner is a state prisoner, proceeding through counsel. On November 15, 2017, petitioner filed a second motion for extension of time in which to oppose the pending motion to dismiss. Respondent does not object to the extension.

    However, respondent's motion to dismiss was filed on June 30, 2017, and on July 31, 2017, petitioner was granted a lengthy extension of time, until November 22, 2017, in which to file his opposition. Petitioner's counsel seeks a further extension of time until January 8, 2018, due to petitioner's transfer to RJ Donovan Correctional Facility due to medical issues.

1

Petitioner's counsel does not indicate whether he is precluded from speaking with petitioner due to such medical issues, but counsel states that he needs to discuss several issues with petitioner before filing his opposition.[1]

In an abundance of caution, petitioner's request is granted. However, petitioner is cautioned that no further extensions of time will be granted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion (ECF No. 42) is granted; and

2. Petitioner shall file his opposition to respondent's renewed motion to dismiss on or before January 8, 2018.

Dated: November 20, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/tann0581.eot

---

[1] Petitioner is cautioned that if certain claims are not exhausted, he should pursue such claims in state court without delay. Petitioner is not required to await resolution of the pending motion before returning to state court to properly exhaust his state court remedies.