UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK TANNER,<br><br>    Petitioner,<br><br>v.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent. | Case No. 2:16-cv-0581 TLN KJN P<br><br>ORDER<br><br>Judge: Honorable Kendall J. Newman, United States Magistrate Judge |

Petitioner has filed a third unopposed request for extension of time to file an amended petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for extension of time (ECF No. 57) is granted; and

2. Petitioner shall file his amended petition by September 12, 2018. No further extensions of time will be granted.

Dated: August 13, 2018

/tann0581.eot3

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE