IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK TANNER,** | Case No. 2:16-cv-0581 TLN KJN P |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **STU SHERMAN,** | |
| Respondent. | |

Respondent has moved for a 30-day enlargement of time within which to file a response to the petition in this matter.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion (ECF No. 64) is granted; and

2. The response to the petition shall be filed on or before December 26, 2018.

Dated: November 28, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/tann0581.ext